JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INFINITY INSURANCE COMPANY, | No. CV 21-04746-RGK-AS |
| Plaintiff, | **DISMISSAL ORDER** |
| v. | Honorable R. Gary Klausner<br>United States District Judge |
| UNITED STATES OF AMERICA, DOES 1 TO 20, INCLUSIVE, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

Dated: September 1, 2021

*Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICE OF BRIAN P. SMITH & ASSOCIATES


　　*/s/ Tatiana Y. Bui*
TATIANA Y. BUI

Attorney for Plaintiff
Infinity Insurance Company


TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


　　*/s/ Matthew J. Barragan*
MATTHEW J. BARRAGAN
Assistant United States Attorney

Attorneys for Defendant
United States of America